argues, the deed would not pass his title in the growing crops. The case of *Union Central Life Ins. Co. of Cincinnati, Ohio v. Cooper,* 349 Ill. 256, conclusively settles this point and holds that where a wife appears as one of the grantors in a deed, she will be held to have conveyed whatever interest she had at such time.

The judgment of the county court of Morgan county is reversed and judgment entered herein in favor of defendants appellants for costs.

*Reversed. Judgment entered herein.*

## William Krug et al., Appellees, v. Armour and Company et al., Appellants.

Gen. No. 43,906.

opinion filed December 30, 1947; rehearing denied February 10, 1948; released for publication July 27, 1948. Miller, Gorham, Wescott & Adams, for appellants; Edward R. Adams and Herbert C. De Young, of counsel; J. Theodore Kiggins, Louis L. Williams and A. J. W. Appell, for appellees; A. J. W. Appell, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.